# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2689

_____

James H. Hampton,                         *
                                          *
               Appellant,                 *    Appeal from the United States
                                          *    District Court for the Eastern
       v.                                 *    District of Missouri.
                                          *
K. Jenkins; J. Rosenberg; Unknown         *          [UNPUBLISHED]
Lawrence,                                 *
                                          *
               Appellees.                 *

_____

Submitted:  January 5, 2000

Filed:  January 12, 2000

_____

Before BOWMAN, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

       James H. Hampton, a Missouri death row inmate, appeals the district court's adverse grant of summary judgment on Hampton's 42 U.S.C. § 1983 action. Hampton also appeals the district court's adverse ruling on Hampton's motion to disqualify the district court judge. Having considered the record, we are satisfied the district court properly dismissed Hampton's action for the reasons stated in its order and did not abuse its discretion in denying Hampton's disqualification motion. We thus affirm on the basis of the district court's rulings without further discussion. See 8th Cir. R. 47B.

Additionally, we grant appellees' motion to supplement the record and deny Hampton's motion to deduct the partial filing fee for this appeal from monies paid for his district court filing fee.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.